

**IN THE**
**TENTH COURT OF APPEALS**

---

**No. 10-15-00019-CR**

**IN RE QUINCY DESHAN BUTLER**

---

**Original Proceeding**

---

# MEMORANDUM OPINION

Relator's petition for writ of mandamus is denied.

AL SCOGGINS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition denied
Opinion delivered and filed February 5, 2015
[OT06]

